# EXHIBIT D

**NOTICE OF PROPOSED CLASS ACTION SETTLEMENT
AND FAIRNESS HEARING (FOR NEWSPAPER PUBLICATION)**

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| **FRANCISCO CERVANTES, et al.,** | : | **CASE NO. C-2-00-1316** |
| **v.** | : | |
| **SUGAR CREEK PACKING CO.** | : | |

TO:  ALL HISPANIC PERSONS WHO WERE NON-SUPERVISORY EMPLOYEES OF SUGAR CREEK PACKING CO. AT ITS WASHINGTON COURT HOUSE FACILITY ANY TIME FROM NOVEMBER 13, 1998 THROUGH JANUARY 1, 2003  (THE "SETTLEMENT CLASS.")

This notice describes the proposed Settlement of a class action lawsuit. The lawsuit claims that Sugar Creek discriminated against non-supervisory Hispanic employees.  Sugar Creek denies any wrongdoing. The Parties have agreed to settle to avoid the costs, risks and uncertainty inherent in any litigation.  The settlement provides for a payment of $100 to each Settlement Class member.

A Fairness Hearing will be held before the Honorable Edmund A. Sargus, Jr. on _____, 2003 in the United States Courthouse, 85 Marconi Blvd., Columbus, Ohio.  A Claim Form and a more detailed explanation of Settlement Class members' rights can be obtained from CLAIMS ADMINISTRATOR, Post Office Box *******, Washington Court House, Ohio *****.